# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                           CASE NO.  3:00CR48LAC

PHILLIP NESMITH

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on August 1, 2005

Motion/Pleadings: EX PARTE MOTION TO REVERSE 1279-1 ORDER EXPARTE MOTION IN SUPPORT OF #1274 MOTION TO COMPEL PRODUCTION AND IMPORTANT ISSUES BEFORE THE COURT

Filed by DEFENDANT PRO SE    on 6/9/05    Doc.# 1302

RESPONSES:

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy-Wells

LC (1 OR 2)    Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of August, 2005, that:*

*(a) The relief requested is **DENIED**.*

*(b) Complaints against attorneys should be filed with the Florida Bar at 651 East Jefferson Street, Tallahassee, Florida 32399.*

s/*L.A. Collier*

**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.