# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                       Case No.3:00cr48LAC

PHILLIP NESMITH

_____

**ORDER**

Your document, **MOTION FOR RECONSIDERATION TO REVERSE RULING ON 1278-1 ON MOTION TO COMPEL PRODUCTION OF DOCUMENT ITEM #1273** was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

DONE and ORDERED this 1st day of August, 2005.

                                         *s/L.A. Collier*
                                         LACEY A. COLLIER
                                         SENIOR UNITED STATES DISTRICT JUDGE