# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                         CASE NO. 3:00cr48LAC

PHILLIP L. NESMITH

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on August 1, 2005

Motion/Pleadings: MOTION FOR RECONSIDERATION TO REVERSE RULING ON 1278-1 ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS ITEM #1273

Filed by DEFENDANT PRO SE    on 8/1/05    Doc.# 1305

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)    /s/ / Mary Maloy-Wells
Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of August, 2005, that:*
*(a) The relief requested is **DENIED.***
*(b) Complaints against attorneys should be filed with the Florida Bar at 651 East Jefferson Street, Tallahassee, Florida 32399.*

                                                  s/*L.A. Collier*
                                                  ***LACEY A. COLLIER***
                                                  *United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.