| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* 3:00CR48-010/LAC |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER *(Rec. Court)* CR06-50136-PHX-FJM |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Phillip L. Nesmith District of Arizona | DISTRICT Florida Northern | DIVISION Pensacola, FL | X FILED ___ LODGED ___ RECEIVED ___ COPY DEC 1 3 2006 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY_____ DEPUTY |
| | NAME OF SENTENCING JUDGE Lacey A. Collier, Senior U.S. District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/09/2006 | TO 06/08/2009 |

**OFFENSE**

Count One: Conspiracy To Commit Wire Fraud and Securities Fraud, 18 U.S.C. § 371.
Count One: Conspiracy To Commit Money Laundering - Engaging in Prohibited Monetary Transactions From Criminally Derived Property, 18 U.S.C. §§ 1956(h) and 1957.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*20 Nov 06*
Date

*/s/ S.A. Collier*
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Dec 12, 2006*
Effective Date

*/s/*
United States District Judge

06 DEC 21 PM 4:30

FILED