# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                        CASE NO.   3:00cr48/LAC/MD
                                                                   3:05cv204/LAC/MD

PHILLIP NESMITH

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   December 8, 2006
Type of Motion/Pleading: MOTION FOR RECONSIDERATION ON ORDERS TO GRANT DISCOVERY ITEMS.
Filed by: DEFENDANT      on 12/8/06     Document  1556
( )   Stipulated/Consented/Joint Pleading
RESPONSES:
                                             on _____ Doc.# _____
                                             on _____ Doc.# _____
                                             WILLIAM M. McCOOL, CLERK OF COURT

                                             /s/ Teresa Cole
                                             Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 10th day of January, 2007, that:

(a)   The requested relief is DENIED.

(b)   _____
      _____

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE


Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____

Document No.