# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:00cr48/LAC/MD
                                                                         3:05cv204/LAC/MD

PHILLIP NESMITH

## REFERRAL AND ORDER

Referred to Magistrate Judge Davis on   <u>December 8, 2006</u>
Type of Motion/Pleading: <u>MOTION TO PROCEED IN FORMA PAUPERIS ON 2255 TO COMPLETION.</u>
Filed by: <u>DEFENDANT</u>   on <u>12/8/06</u>   Document <u>1557</u>
(  )   Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      <u>/s/ Teresa Cole</u>
                                      Deputy Clerk: Teresa Cole

## ORDER

Upon consideration of the foregoing, it is ORDERED this 10th day of January, 2007, that:

(a)   The requested relief is MOOT.

(b)   <u>No filing fee is required for § 2255 motions. While the court neither accepts nor rejects defendant's allegations of poverty, he has offered no legal authority to support his suggestion that he is entitled to expansive discovery at the government's expense.</u>

                                                /s/ *Miles Davis*
                                              MILES DAVIS
                                              UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                                      Document No.