**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

      VS                                  CASE NO.  3:00cr48/LAC/MD
                                            3:05cv204/LAC/MD

PHILLIP NESMITH

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on     January 4, 2007
Type of Motion/Pleading: MOTION TO ACCEPT MOTIONS LOST BY USPS ON
12/5/2006 UNDER EQUITABLE TOLLING.
Filed by: DEFENDANT               on 1/3/07       Document   1569
( )  Stipulated/Consented/Joint Pleading
RESPONSES:

                                   on _____ Doc.# _____
                                   on _____ Doc.# _____
                                   WILLIAM M. McCOOL, CLERK OF COURT

                                    /s/ Teresa Cole
                                   Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 10th day of
January, 2007, that:

(a)   The requested relief is DENIED.

(b)   _____

        _____

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

_____

_____

Document No.