UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES

    VS                                        CASE NO.  3:00cr48/LAC/MD

PHILLIP NESMITH

**ORDER**

The Clerk has received your **LETTER TO JUDGE DAVIS** and has referred it to the undersigned without filing because it has the following deficiencies:

Your document is not properly captioned for this court.  Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading.  The title should be a brief summary of the contents of the pleading or motion.  The body of your pleading should state the nature of your request and what you want the court to do for you.  **You should not correspond with the court in letter form.  Judges will not, as a matter of policy, respond to personal correspondence when it pertains to a pending case.**  This policy is in keeping with their sworn duty to maintain complete impartiality in the exercise of duties.  Judicial decisions and opinions are, quite properly, only delivered in response to those legal instruments filed with the Clerk's office in accordance with governing rules of procedure.  The Court will return unfiled any correspondence addressed directly to a district judge or magistrate judge.

The letter was submitted and signed by an individual who is neither a party nor counsel in this case.

Entered On Docket: _____  By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:_____
_____

Document No.

*Page 2 of 2*

For these reasons, IT IS ORDERED that:

The clerk shall return the document to you without filing.

DONE and ORDERED this 12th day of March, 2007.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

*Case No: 3:00cr48/LAC/MD*