IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                    3:00cr48/LAC
                                                       3:05cv204/LAC/MD

PHILLIP NESMITH

---

### REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  On January 12, 2007, this court granted defendant's motion to extend time for 15 days to provide letters and to answer the court's order of October 30, 2006.  On January 8, 2008, when defendant failed to respond or file anything else since that date, it appearing that this case had been abandoned, the court entered an order to show cause directing defendant to show cause why his motion should not be dismissed without prejudice due to his failure to prosecute or to comply with orders of the court.  Over twenty days have elapsed without response from the defendant.

Accordingly it is respectfully RECOMMENDED:

That the defendant's motion to vacate (doc. 1281) be denied and dismissed without prejudice for his failure to comply with an order of the court and failure to prosecute this action.

At Pensacola, Florida, this 29th day of January, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

  Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).

*Case No: 3:00cr48/LAC; 3:05cv204/LAC/MD*