**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                         **Case No.:    3:00cr48/LAC**
                                                                        **3:05cv204/LAC/MD**

**PHILLIP NESMITH**

_____

**ORDER**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 29, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      The defendant's motion to vacate (doc. 1301) is denied and dismissed without prejudice for his failure to comply with an order of the court and failure to prosecute this action.

DONE AND ORDERED this 28th day of February, 2008.


s/L.A. Collier
_____
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**